<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7404**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DENNIS ALLEN BREWER,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge. (CR-91-342-A, CA-97-1089-AM)

---

Submitted:  February 25, 1999          Decided:  March 8, 1999

---

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Dennis Allen Brewer, Appellant Pro Se. Christine Fay Wright, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Allen Brewer seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Brewer, Nos. CR-91-342-A; CA-97-1089-AM (E.D. Va. Aug. 31, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED